BLUE BIRD, INC., Perfumers, Appellant, *v.* CONSOLIDATED ROYAL CHEMICAL CORPORATION et al., Respondents.

Submitted June 17, 1942; decided July 29, 942.

*I. Maurice Wormser, Lawrence Isaacs* and *Charles Gold* for appellant.

*George Morton Levy* and *Irving Goldberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.